# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3874

_____

Tyrone Ellis

*Plaintiff - Appellant*

v.

Nwannem Obi-Okoye, Doctor, Correct Care Solutions; Brett Butler, Doctor,
Correct Care Solutions

*Defendants - Appellees*

Johnathan Simmons, Doctor, Correct Care Solutions

*Defendant*

Geraldine Campbell, Advanced Practice Nurse, Correct Care Solutions; Aric
Simmons, Advanced Practice Nurse, Correct Care Solutions; Melissa Mansfield,
Licensed Practical Nurse, Correct Care Solutions

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: May 12, 2017
Filed: May 22, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Tyrone Ellis appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he alleged that defendants were deliberately indifferent to his serious medical needs. Upon careful de novo review, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we conclude that summary judgment was proper because, as explained by the district court, Ellis failed to show that his skin rash was "serious," or that any delay in treatment had a detrimental effect on his condition. See Fourte v. Faulkner Cty., Ark., 746 F.3d 384, 387 (8th Cir. 2014); see also Jackson v. Riebold, 815 F.3d 1114, 1119-20 (8th Cir. 2016).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.